IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER L. CARLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  3:19-cv-1118-JPG-GCS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

**SISON, Magistrate Judge:**

Before the Court is plaintiff's Motion for Recruitment of Counsel. (Doc. 17). The Court denied plaintiff's first Motion for Recruitment of Counsel because he had not demonstrated that he had made a diligent attempt to find an attorney on his own and because he offered no reason why he cannot represent himself.  (*See* Doc. 7).  This second motion presents the same situation.  Plaintiff says only that he has been trying to find an attorney but "they say they don't handle that kind of case."  This limited information does not enable the Court to assess the adequacy of his attempt to obtain counsel.  "A litigant's good faith but unsuccessful effort to obtain counsel is a necessary condition to the provision of judicial assistance to recruit a lawyer."  *Pickett v. Chicago Transit Authority*, 930 F.3d 869, 871 (7th Cir. 2019).  Accordingly, plaintiff's Motion for Recruitment of Counsel **(Doc. 17)** is **DENIED.**

On the Court's own motion, plaintiff is granted additional time in which to file a response to any factual or legal matters raised by defendant's Motion to Dismiss Untimely Complaint, Doc. 15.  Plaintiff is cautioned that failure to file a response may

be deemed to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1(c). This means that the motion to dismiss will most likely be granted and this case will be dismissed.

Plaintiff's response shall be filed by August 5, 2020.

Lastly, if plaintiff wishes to file a pleading with the Court, he should mail the original document to the courthouse, with a copy to defendant's attorney.

**IT IS SO ORDERED.**

Dated: July 17, 2020.

Digitally signed by Judge Sison
Date: 2020.07.17 14:04:10 -05'00'

GILBERT C. SISON
United States Magistrate Judge