UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER L. CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 19-cv-1118-JPG |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case seeking judicial review under 42 U.S.C. § 405(g), of the final decision of the Commissioner of Social Security denying plaintiff Chester L. Carlson's application for Survivor's Insurance Benefits under the Social Security Act, 42 U.S.C. § 202(f), is dismissed with prejudice.

**DATED:  August 31, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**